No. 93–906.  SCHULMERICH CARILLONS, INC. *v.* PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.  Commw. Ct. Pa.  Certiorari denied.

No. 93–907.  SHELLING *v.* SOUTHERN RAILWAY CO.  Ct. App. Ga.  Certiorari denied.

No. 93–910.  BONNY ET AL. *v.* SOCIETY OF LLOYD'S ET AL. C. A. 7th Cir.  Certiorari denied.

No. 93–911.  PENNSYLVANIA *v.* FOUNTAIN; and PENNSYLVANIA *v.* THOMAS.  Super. Ct. Pa.  Certiorari denied.

No. 93–912.  PRENTICE ET UX. *v.* TITLE INSURANCE COMPANY OF MINNESOTA ET AL.  Sup. Ct. Wis.  Certiorari denied.

No. 93–913.  LOVETT, TRUSTEE OF THE BANKRUPTCY ESTATE OF JOHN PETERSON MOTORS, INC. *v.* GENERAL MOTORS CORP. C. A. 8th Cir.  Certiorari denied.

No. 93–914.  CUPIT ET AL. *v.* MCCLANAHAN CONTRACTORS, INC., FKA AWI DRILLING & WORKOVER, INC.  C. A. 5th Cir. Certiorari denied.

No. 93–916.  THOMAS NELSON, INC., ET AL. *v.* HARPER HOUSE, INC.  C. A. 9th Cir.  Certiorari denied.

No. 93–919.  WHITMORE *v.* BOARD OF EDUCATION OF DEKALB COMMUNITY SCHOOL DISTRICT No. 428 ET AL.  C. A. 7th Cir. Certiorari denied.

No. 93–923.  ANDERSON *v.* DOUGLAS COUNTY, MINNESOTA, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–926.  LEDWITH *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–930.  LUMLEY *v.* HOGSETT ET AL.  C. A. 10th Cir. Certiorari denied.